IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory-David Giorgi Francesco, | No. C-10-1138 JL |
| Plaintiff, | JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |
| v. | |
| Adams, et al. | |
| Defendants. _____ / | |

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned case to District Judge Wilken to consider whether this case is related to C-10-1062, Bank of America v. Richards (Giorgi). Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated: March 31, 2010

_____
JAMES LARSON
United States Magistrate Judge