IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY DAVID FRANCESCO GIORGI,

   Plaintiff,

 v.

VERNA ADAMS, et al.,

   Defendants.
            /

No. C 10-1138 CW

ORDER CONCERNING PLAINTIFF'S OPPOSITION TO MOTIONS TO DISMISS

  On April 20, 2010, the Clerk of the Court notified the parties of the briefing schedule for the motions to dismiss of Defendant Marin County Sheriff (Docket No. 10) and Defendants Verna Adams, Judge of the Superior Court of California, County of Marin; the Court Clerk, Superior Court of California, County of Marin; and the Superior Court of California, County of Marin (Docket No. 12).  The Notice stated that Plaintiff's opposition briefs would be due May 6, 2010, with any reply due May 20, 2010.

  Plaintiff has not responded to Defendants' motions.  Plaintiff shall file opposition briefs by May 13, 2010 and any reply shall be due May 20, 2010.  **Failure by Plaintiff to file briefs in opposition to the motions by May 13 will result in the dismissal of his claims against Defendants for failure to prosecute.**

  IT IS SO ORDERED.

Dated: May 10, 2010

                CLAUDIA WILKEN
                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY DAVID FRANCESCO GIORGI,

        Plaintiff,

  v.

VERNA ADAMS, et al.,

        Defendants.
                         /

Case Number: CV10-01138 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 10, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Gregory David Giorgi Francesco
126 Stadium Avenue
Mill Valley, CA 94941

Dated: May 10, 2010

                                        Richard W. Wieking, Clerk
                                        By: MP, Deputy Clerk