IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY DAVID FRANCESCO GIORGI,

    Plaintiff,

  v.

VERNA ADAMS, et al.,

    Defendants.
                                /

No. C 10-1138 CW

ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO PROSECUTE

    Plaintiff has not filed opposition briefs to the motions to dismiss of Defendant Marin County Sheriff (Docket No. 10) and Defendants Verna Adams, Judge of the Superior Court of California, County of Marin; the Court Clerk, Superior Court of California, County of Marin; and the Superior Court of California, County of Marin (Docket No. 12). Opposition briefs were due May 6, 2010. On May 10, 2010, the Court warned Plaintiff that if he did not oppose these motions by May 13, 2010, his claims against Defendants would be dismissed for failure to prosecute.

    Plaintiff has not filed an opposition to either of the motions to dismiss. Accordingly, the Court dismisses without prejudice Plaintiff's claims against Defendants. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: May 20, 2010

                              CLAUDIA WILKEN
                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY DAVID FRANCESCO GIORGI,

        Plaintiff,

  v.

VERNA ADAMS, et al.,

        Defendants.

Case Number: CV10-01138 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Gregory David Francesco Giorgi
126 Stadium Avenue
Mill Valley, CA 94941

Dated: May 20, 2010

                                    Richard W. Wieking, Clerk
                                    By: MP, Deputy Clerk